**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*, | Case No. 22-10845 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| GAVIN/SOLMONESE LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement, | |
| Plaintiff, | Adv. Pro. No. 24-50125 (MFW) |
| v. | **RE: Adv. D.I. 110, 111** |
| BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, ELLENOFF GROSSMAN & SCHOLE, LLP, and MAXIM GROUP, LLC | |
| Defendants. | |

## ELLENOFF GROSSMAN & SCHOLE'S MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL

Defendant Ellenoff Grossman & Schole, LLP ("EGS") hereby moves before this Honorable Court for leave to file an interlocutory appeal. EGS hereby incorporates the accompanying memorandum of law as if the same were set forth at length.

**WHEREFORE**, EGS respectfully requests this Honorable Court grant this motion and permit EGS to file the interlocutory appeal.


Dated:  February 17, 2026

**ELLENOFF GROSSMAN & SCHOLE LLP**
*/s/ John B. Horgan*
John B. Horgan, Esq.
1345 Avenue of the Americas, 11th Fl
New York, New York 10105
Telephone: (212) 370-1300
jhorgan@egsllp.com
jcohen@egsllp.com

*and*

**ASHBY & GEDDES, P.A.**
*/s/ Benjamin W. Keenan*
Ricardo Palacio (DE No. #3765)
Benjamin W. Keenan (DE No. #4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
Rpalacio@ashbygeddes.com
bkeenan@ashbygeddes.com

*Attorneys for Defendant Ellenoff Grossman &
Schole LLP*

2