# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10845 (MFW)<br>(Jointly Administered) |
| GAVIN/SOLOMONESE LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement,<br><br>Plaintiff, v.<br><br>BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, ELLENOFF GROSSMAN & SCHOLE, LLP, and MAXIM GROUP, LLC<br><br>Defendants. | Civil Action No. 26-00063 (CFC)<br><br>Bankruptcy Adv. Pro. No. 24-50125 (MFW) |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

Upon consideration of the Joint Motion to Extend Deadline, (the "Joint Motion"), and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

{02216566;v1 }

1. The Joint Motion is GRANTED as set forth herein.

2. The Defendant Ellenoff Grossman & Schole, LLP ("Defendant") shall have through and including March 31, 2026, to file a reply in further support of its Motion for Leave to File Interlocutory Appeal.

3. Good cause justifies the Joint Motion.

4. The contents of the Joint Motion and the notice procedures set forth therein are good and sufficient notice, and no other or further notice of the Joint Motion or the entry of this Order shall be required.

SO ORDERED, this _20th_ day of _March_, _2026_

_____
United States District Judge